DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs ) <br> ) <br> PREMISES KNOWN AS: ) <br> 3126 CONGRESS AVENUE, ) <br> LAS VEGAS, NEVADA, ) <br> ) <br> DEFENDANT. ) | VCF <br><br> 2:12-mj-806-~~RJJ~~ |

GOVERNMENT'S APPLICATION FOR AN ORDER
TO UNSEAL AFFIDAVIT

     COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, the Court's Order, and search warrant return for purposes of discovery in the above-captioned matter.

     Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

     DATED this 22nd day of January, 2013.

DANIEL G. BOGDEN
United States Attorney

*/s/ Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | VCF |
| vs ) | 2:12-mj-806-~~RJJ~~ |
| PREMISES KNOWN AS: ) | |
| 3126 CONGRESS AVENUE, ) | |
| LAS VEGAS, NEVADA, ) | |
| DEFENDANT. ) | |

### ORDER

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, the Court's Order, and search warrant return issued in the above-captioned matter and good cause appearing, therefore:

IT IS SO ORDERED that the Affidavit, the Application, the Court's Order and search warrant return be unsealed.

DATED this 1 day of ~~January~~ March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE